LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 278-2660
E-Mail: lalawyr1@gmail.com

Attorney for Plaintiff
HANNAH DODKIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hannah Dodkin, | CV-2012-00023-SVW-PLA |
| Plaintiff and Counter-Defendant, | |
| vs. | ORDER REMOVING CASE FROM ACTIVE CASELOAD AND VACATING BOTH TRIAL AND PRE-TRIAL DATES [Note Court Modifications] |
| Richard Best, | |
| Defendant and Counter-Claimant. | |

The Court having been advised by the parties that the above-captioned action has been settled;

IT IS HEREBY ORDERED that:

1. This case is removed from the Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

2. Both the Pre-trial Conference set for February 4, 2013 and the Trial set for February 5, 2013, in the above-captioned case are VACATED.

//

//

1  The Court retains jurisdiction over the action until settlement is consummated, and this Order
2  shall not prejudice any party to this action.

4  Dated: January 22, 2013

_____
**HONORABLE STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**